THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE GIAM-

BRONE, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.